(May 27, 1987)

■ In the Matter of ALAN S. TIFFORD, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.—Motion by respondent (1) for reargument and reconsideration of this court's decision and order of this court dated April 27, 1987 [127 AD2d 248], (2) to modify and reduce the sanctions embodied in said order, (3) stay the enforcement of the order for the balance of the year 1987, or in the alternative, and (4) to grant leave to respondent to appeal the order of April 27, 1987 to the Court of Appeals.

Motion denied in all respects.

On the court's own motion, the order of this court dated April 27, 1987 is amended to show that the effective date of respondent Alan S. Tifford's three-year suspension is July 1, 1987. Mollen, P. J., Mangano, Thompson, Brown and Eiber, JJ., concur.

THIRD DEPARTMENT, MAY, 1987

(May 1, 1987)

■ In the Matter of MAXIMINO VARGAS, JR., Appellant, v THOMAS A. COUGHLIN, as Commissioner of the New York State Department of Correctional Services, et al., Respondents.—Motion to dismiss appeal granted, without costs, on the ground that an order denying an application for an ex parte order is not appealable *(Matter of King v Gregorie,* 90 AD2d 922, *lv dismissed* 58 NY2d 822). Mahoney, P. J., Kane, Main, Casey and Yesawich, Jr., JJ., concur.